## WARD v. STATE. (No. 12489.)

Court of Criminal Appeals of Texas. April 17, 1929.

E. R. Swanger, James J. Thomason, and J. G. Davis, Jr., all of Huntsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for running a bawdyhouse; punishment, a fine of $200 and 20 days in the county jail.

Attention is called by the state's attorney with this court to the fact that no judgment appears in the record. We are constrained to agree to this contention. The verdict of the jury is set out, but is followed by no judgment entry. In such case this court is without jurisdiction. A final judgment is necessary to confer jurisdiction upon this court.

The appeal is dismissed.

## HIGGINS v. STATE. (No. 12587.)

Court of Criminal Appeals of Texas. April 17, 1929.

Herman G. Nami, of San Antonio, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, one year.

There being neither a statement of facts nor any bill of exception, the record presents nothing for review.

Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.